UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60812-CIV-COHN

WARD NEAL,

Magistrate Judge White

    Plaintiff,

vs.

STANLY FRANKOWITZ, M.D. and
RICHARD D. KIMMIEL, M.D.,

    Defendants.
_____/

## ORDER DISMISSING CLAIMS

    THIS CAUSE is before the Court upon the Report and Recommendation [DE 6] of Magistrate Judge Patrick A. White.  The Court notes that the Plaintiff, Ward Neal, has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on August 15, 2008.[1]

    Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises.   This Court agrees with the reasoning, analysis and conclusions of the Magistrate Judge, who reviewed the Complaint pursuant to 28 U.S.C. § 1915e(2)(B). The claims are hereby dismissed for failure to state a claim under 42 U.S.C. § 1983 for cruel and unusual punishment in failure to provide medical care.  While Plaintiff has shown serious medical need, he has failed to sufficiently allege deliberate indifference to his serious medical needs.  At best Plaintiff has plead a claim for medical

---

[1] The original deadline for submission of objections was July 18, 2008. However, after issuance of the Report and Recommendation but before the deadline, Plaintiff filed a Notice of Change of Address.  Thus, on July 22, 2008, chambers staff caused a copy of the Report and Recommendation to be mailed to Plaintiff at his new address.  Assuming receipt within 7 calendar days, objections would be due by August 15, 2008.

malpractice, which is not a constitutional or federal claim.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 6] is hereby **ADOPTED**;

2. Plaintiff's claims in this care are hereby **DISMISSED** pursuant to 28 U.S.C. § 1915e(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2008.

JAMES I. COHN
United States District Judge

copies to:

Ward Neal, pro se
F656147
North Florida Reception Center
P.O. Box 628
Lake Butler, FL 32054